THE STATE OF OHIO, APPELLEE, *v.* KING, APPELLANT.

[Cite as *State v. King* (1994), 71 Ohio St.3d 90.]

(No. 94–1396—Submitted October 11, 1994—Decided December 7, 1994.)

*John W. Baker,* Knox County Prosecuting Attorney, and *Robert J. McClaren,* Assistant Prosecuting Attorney, for appellee.

*Dale E. King, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the cited reason stated therein.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.